# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of March, two thousand twenty-one.

_____

Noemi Rodriguez Pantoja, AKA Noemi
Rodriguez, AKA Noemi Rodriguez-Pantoja,    **ORDER**

  Petitioner,    Docket No. 20-1731

v.

Merrick B. Garland, United States Attorney
General,

  Respondent.
_____

  IT IS HEREBY ORDERED that the motion by Petitioner for a stay of removal, and to file such motion oversized is DENIED as moot in accordance with the issuance of the mandate on March 15, 2021. In the event the case resumes pursuant to <u>United States v. Jacobson</u>, 15 F. 3d 19 (2d Cir. 1994), this order will be vacated and the motion for stay of stay removal and to file oversized will be reconsidered.

        For the Court:

        Catherine O'Hagan Wolfe,
        Clerk of Court